## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MACK TRUESDALE,

                Petitioner

          v.

CYNTHIA LINK SUPERINTENDENT, SCI
GRATERFORD,

                Respondent

: No. 25 EM 2018
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.